**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1224**

———————

JOE EDWARDS TEAGUE, JR.,

        Plaintiff - Appellant,

    v.

NCDOT,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:07-cv-00045-M-RN)

———————

Submitted:  July 30, 2024                        Decided:  August 1, 2024

———————

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joe Edwards Teague, Jr., Appellant Pro Se.  Thomas Henry Moore, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Edwards Teague, Jr., appeals the district court's order denying his Fed. R. App. P. 4(a)(6) motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Teague v. NCDOT*, No. 5:07-cv-00045-M-RN (E.D.N.C. Mar. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*